UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TONI WILLIAMS, ETC., ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 10-1762 |
| | * | |
| ALLSTATE INSURANCE COMPANY, ET AL | * | SECTION "C" (3) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come plaintiffs, Toni Williams, wife of/and Edmond Williams as administrators of the estate of their minor son, Brian Williams, who respectfully represent:

1.

Plaintiffs wish to amend paragraph VIII of their original Complaint to read as follows:

VIII.

The above-described collision was caused proximately by the acts and omissions of Kent Bouvier, his minor daughter, Brette Stefanie Bouvier, and the defendant, Bryan Bouzigard, in the following respects, among others, to-wit:

**BRETTE STEFANIE BOUVIER:**
(a) In operating the personal watercraft in an unsafe manner by following too closely and at an unsafe proximity behind the watercraft operated by Brian Williams;
(b) In operating the personal watercraft in a reckless, careless, negligent and inattentive manner;
(c) In operating the personal watercraft at an excessive rate of speed under the circumstances;
(d) In failing to keep a proper lookout;

Exhibit "A"

(e) In attempting to overtake a watercraft in an unsafe manner by failing to grant the right-of-way to the vessel being overtaken;

(f) In recklessly bringing her father's personal watercraft within a dangerous proximity of the preceding one being operated by Brian Williams, who at all times had the right-of-way;

(g) In failing to provide a signal or other warning of her intention to overtake the watercraft operated by Brian Williams;

(h) In failing to yield the right-of-way by reducing her speed, stopping or reversing her personal watercraft in order to avoid the collision with the right-of-way vessel; and,

(i) Other acts and omissions that will be shown at the trial of this matter.

**KENT BOUVIER**:

(a) In failing to properly and adequately supervise his minor daughter with regard to the operation of the Yamaha personal watercraft owned by him;

(b) In failing to properly and adequately train his minor daughter with regard to the safe operation of the Yamaha personal watercraft owned by him;

(c) In negligently entrusting the inexperienced and untrained minor, Brette Stefanie Bouvier, who was 16-years-old at the time, with his personal watercraft; and,

(d) Other acts and omissions that will be shown at the trial of this matter.

**BRYAN BOUZIGARD:**

(a) In negligently entrusting the inexperienced and untrained minor, Brian Williams, who was 15-years-old at the time, with a personal watercraft;

(b) In failing to properly instruct Brian Williams as to the safe operation of the personal watercraft;

(c) In failing to properly supervise the inexperienced minor's operation of the personal watercraft that had been entrusted to him; and,

(d) Other acts and omissions that will be shown at the trial of this matter.

II.

Plaintiffs reiterate and incorporate herein as though copied *in extenso* the allegations and prayer of the original Petition for Damages herein.

WHEREFORE, plaintiffs, Toni Williams, wife of/and Edmond Williams as administrators of the estate of their minor son, Brian Williams, respectfully pray that there be judgment against the defendants, Allstate Insurance Company, Kent Bouvier, individually and as the administrator of the estate his minor daughter, Brette Stefanie Bouvier, State Farm Fire and Casualty Company and Bryan Bouzigard, jointly, severally and *in solido*, in a sum to be determined by this Honorable Court together with legal interest from date of judicial demand until paid, for all costs of these proceedings.

Respectfully submitted:

**STANGA & MUSTIAN**
A Professional Law Corporation

BY: *s/Alonzo T. Stanga, III*
_____
**ALONZO T. STANGA, III (#12397)**
3117 22nd Street, Suite 6
Metairie, Louisiana 70002
Telephone: (504) 831-0666
Facsimile: (504) 831-0726